GILES CORL et al., Respondents, *v.* HARRY CORL, Appellant.

(Argued June 21, 1888; decided October 2, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 21, 1885, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term and which denied a motion for a new trial.

*Oliver Porter* for appellant.

*R. H. Duel* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ELIZABETH A. S. READ et al., Appellants, *v.* JOHN A. MILLER et al., Respondents.

(Submitted June 22, 1888; decided October 2, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, made June 13, 1882, which affirmed a judgment in favor of defendants entered upon a verdict.

*O. O. Cottle* for appellants.

*Porter Norton* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.